**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:   Kacy Meaghan Furcolo | BK No: 16-11583 |
|             Debtor | Chapter 13 |

**ORDER TO SHOW CAUSE**
**(this relates to Doc. ## 100, 104)**

On June 24, 2019, the Chapter 13 Trustee filed a Notice of Final Cure Payment (Doc. #100), stating that "the amount required to cure the default for the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan." *See* Fed. R. Bankr. P. 3002.1(f). The claim referred to was Claim No. 8 of US Bank Trust National Association ("Creditor"). The Notice of Final Cure stated that the Debtor was responsible for making monthly ongoing post-petition mortgage payments to the Creditor. On July 8, 2019, the Creditor filed a Response to Notice of Final Cure Payment, stating that the Debtor was not current on post-petition payments. *See* Fed. R. Bankr. P. 3002.1(g). In fact, the Creditor stated there was a total due post-petition of $26,596.24. On July 19, 2019, the Court issued a Notice Regarding Motion for Determination of Final Cure and Payment (Doc. #104), notifying the Debtor that if she disputed Creditor's Response or sought other relief she should file a motion pursuant to Federal Rule of Bankruptcy Procedure 3002.1(h). The Debtor has not filed such a motion.

Accordingly, the Debtor is hereby ordered to show cause in writing by August 27, 2019 why this case should not be closed without the granting to the Debtor of a discharge. *See* 11 U.S.C. § 1328(a) (stating the court should grant the debtor a discharge only "after completion by the debtor of all payments under the plan"). On review of the Debtor's response, if any, the Court will determine whether a hearing is necessary. If the Debtor fails to file any response to this Order, the Court will close this case without granting the Debtor a discharge.

Date: August 13, 2019

By the Court,

*Diane Finkle*
Diane Finkle
U.S. Bankruptcy Judge